# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-347-MOC-DCK

| | |
|---|---|
| MIKE DEANGELIS; DAN HEGEMAN; BUD AND SUE FRASHIER FAMILY TRUST, <br><br> Plaintiffs, <br><br> v. <br><br> E. JAMES FERLAND; JENNY L. APKER; DANIEL W. HOEHN; LESLIE KASS; THOMAS A. CHRISTOPHER; ANNE R. PRAMAGGIORE; CYNTHIA S. DUBIN; LARRY L. WEYERS; BRIAN K. FERRAIOLI; and STEPHEN G. HANKS; <br><br> Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 32) filed by Kurt F. Hausler, concerning Timothy W. Brown on July 6, 2018. Mr. Timothy W. Brown seeks to appear as counsel *pro hac vice* for Plaintiff Mike DeAngelis. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 32) is **GRANTED.** Mr. Timothy W. Brown is hereby admitted *pro hac vice* to represent Plaintiff Mike DeAngelis.

**SO ORDERED**.

Signed: July 9, 2018

David C. Keesler
United States Magistrate Judge