**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-347-MOC-DCK**

| | | |
|---|---|---|
| MIKE DEANGELIS; DAN HEGEMAN; BUD AND SUE FRASHIER FAMILY TRUST, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **ORDER** |
| E. JAMES FERLAND; JENNY L. APKER; DANIEL W. HOEHN; LESLIE KASS; THOMAS A. CHRISTOPHER; ANNE R. PRAMAGGIORE; CYNTHIA S. DUBIN; LARRY L. WEYERS; BRIAN K. FERRAIOLI; and STEPHEN G. HANKS; | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 34) filed by Kurt F. Hausler, concerning Craig W. Smith on July 6, 2018. Mr. Craig W. Smith seeks to appear as counsel *pro hac vice* for Plaintiffs Mike DeAngelis, Dan Hegeman, and Bud and Sue Frashier Family Trust. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 34) is **GRANTED.** Mr. Craig W. Smith is hereby admitted *pro hac vice* to represent Plaintiffs Mike DeAngelis, Dan Hegeman, and Bud and Sue Frashier Family Trust.

**SO ORDERED**.

Signed: July 9, 2018

David C. Keesler
United States Magistrate Judge