**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:18-CV-347-MOC-DCK**

| | |
|---|---|
| MIKE DEANGELIS; DAN HEGEMAN; BUD AND SUE FRASHIER FAMILY TRUST, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) **ORDER** |
| E. JAMES FERLAND; JENNY L. APKER; DANIEL W. HOEHN; LESLIE KASS; THOMAS A. CHRISTOPHER; ANNE R. PRAMAGGIORE; CYNTHIA S. DUBIN; LARRY L. WEYERS; BRIAN K. FERRAIOLI; and STEPHEN G. HANKS; | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* Of Jason R. Outlaw And Affidavit" (Document No. 42) filed by Thomas G. Walker, Esq., concerning Jason R. Outlaw on July 20, 2018. Mr. Jason R. Outlaw seeks to appear as counsel *pro hac vice* for Defendants E. James Ferland, Jenny L. Apker, Daniel w. Hoehn, Leslie Kass, Thomas A. Christopher, Cynthia S. Dubin, Brian K. Ferraioli, Stephen G. Hanks, Anne R. Pramaggiore, and Larry L. Weyers. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* Of Jason R. Outlaw And Affidavit" (Document No. 42) is **GRANTED.** Mr. Jason R. Outlaw is hereby admitted *pro hac vice* to represent Defendants E.

James Ferland, Jenny L. Apker, Daniel w. Hoehn, Leslie Kass, Thomas A. Christopher, Cynthia S. Dubin, Brian K. Ferraioli, Stephen G. Hanks, Anne R. Pramaggiore, and Larry L. Weyers.

**SO ORDERED**.

Signed: July 24, 2018

David C. Keesler
United States Magistrate Judge