**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-347-MOC-DCK**

| | |
|---|---|
| MIKE DEANGELIS; DAN HEGEMAN; BUD AND SUE FRASHIER FAMILY TRUST, <br><br> Plaintiffs, <br><br> v. <br><br> E. JAMES FERLAND; JENNY L. APKER; DANIEL W. HOEHN; LESLIE KASS; THOMAS A. CHRISTOPHER; ANNE R. PRAMAGGIORE; CYNTHIA S. DUBIN; LARRY L. WEYERS; BRIAN K. FERRAIOLI; and STEPHEN G. HANKS; <br><br> Defendants. | ) ) ) ) ) ) ) ) **ORDER** ) ) ) ) ) ) ) ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* Of Susan E. Hurd And Affidavit" (Document No. 43) filed by Thomas G. Walker, Esq., concerning Susan E. Hurd on July 20, 2018. Ms. Susan E. Hurd seeks to appear as counsel *pro hac vice* for Defendants E. James Ferland, Jenny L. Apker, Daniel w. Hoehn, Leslie Kass, Thomas A. Christopher, Cynthia S. Dubin, Brian K. Ferraioli, Stephen G. Hanks, Anne R. Pramaggiore, and Larry L. Weyers. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* Of Susan E. Hurd And Affidavit" (Document No. 43) is **GRANTED.** Ms. Susan E. Hurd is hereby admitted *pro hac vice* to represent Defendants E. James Ferland,

Jenny L. Apker, Daniel w. Hoehn, Leslie Kass, Thomas A. Christopher, Cynthia S. Dubin, Brian K. Ferraioli, Stephen G. Hanks, Anne R. Pramaggiore, and Larry L. Weyers.

**SO ORDERED**.

Signed: July 24, 2018

David C. Keesler
United States Magistrate Judge