# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-347-MOC-DCK

| | |
|---|---|
| MIKE DEANGELIS; DAN HEGEMAN; BUD AND SUE FRASHIER FAMILY TRUST, <br><br> Plaintiffs, <br><br> v. <br><br> E. JAMES FERLAND; JENNY L. APKER; DANIEL W. HOEHN; LESLIE KASS; THOMAS A. CHRISTOPHER; ANNE R. PRAMAGGIORE; CYNTHIA S. DUBIN; LARRY L. WEYERS; BRIAN K. FERRAIOLI; and STEPHEN G. HANKS; <br><br> Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* Of Susan E. Hurd And Affidavit" (Document No. 50) filed by Ella-Marie Smith, concerning Lindsay E. Ray on August 17, 2018. Ms. Ray seeks to appear as counsel *pro hac vice* for Nominal Defendant Babcock & Wilson Enterprises, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* Of Susan E. Hurd And Affidavit" (Document No. 50) is **GRANTED.** Lindsay E. Ray is hereby admitted *pro hac vice* to represent Nominal Defendant Babcock & Wilson Enterprises, Inc.

**SO ORDERED**.

Signed: August 20, 2018

David C. Keesler
United States Magistrate Judge