IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-347-MOC-DCK

| | |
|---|---|
| MIKE DEANGELIS;  DAN HEGEMAN;  BUD AND SUE FRASHIER FAMILY TRUST, )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>E. JAMES FERLAND;  JENNY L. APKER;  DANIEL W. HOEHN;  LESLIE KASS;  THOMAS A. CHRISTOPHER;  ANNE R. PRAMAGGIORE;  CYNTHIA S. DUBIN;  LARRY L. WEYERS;  BRIAN K. FERRAIOLI;  and STEPHEN G. HANKS; )<br>)<br>)<br>)<br>Defendants. ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 65) filed by Kurt F. Hausler, concerning Saadia Hashmi on November 26, 2019.  Saadia Hashmi seeks to appear as counsel *pro hac vice* for Plaintiff Mike DeAngelis.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 65) is **GRANTED**.  Saadia Hashmi is hereby admitted *pro hac vice* to represent Plaintiff Mike DeAngelis.

**SO ORDERED**.

Signed: November 27, 2019

David C. Keesler
United States Magistrate Judge