# United States District Court
# Western District of North Carolina
# Charlotte Division

| | |
|---|---|
| IN RE BABCOCK & WILCOX ENTERPRISES, INC. SHAREHOLDER DERIVATIVE LITIGATION<br>This document relates to<br>ALL ACTIONS | JUDGMENT IN CASE<br>3:18-cv-00347-MOC-DCK<br>(Consolidated with Nos. 3:18-CV-00349-MOC DCK<br>and 3:18-CV-00350-MOC-DCK) |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 20, 2019 Order.

December 20, 2019

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court